William B. GABRIEL, Appellant,

v.

William N. SUMMERS; Stephen F. Daniels; Jeffrey L. Clothier; North Bluffs Development Corporation; Does, 1–100, Appellees.

No. 07–2423.

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2008.

Filed: July 31, 2008.

William B. Gabriel, Little Rock, AK, pro se.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.

Jeffrey Paul Lavicka, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, Jim Jackson, Boswell & Tucker, Bryant, AR, for Appellees.

Before MURPHY, BYE, and BENTON, Circuit Judges.

PER CURIAM.

William Gabriel appeals the district court's[1] dismissal of his pro se action as well as various adverse orders, including the court's order denying his motion for injunctive relief. After careful review, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.